IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM TONY MCCROAN,

    Plaintiff,

v.                                                                   CASE NO. 1:13-cv-00093-MP-GRJ

WILLIAM BAXTER, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 24, 2013. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has not objected to the Report Recommendation, and the time for doing so has passed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Complaint (doc. 1) is DISMISSED for failure to state a claim upon which relief may be granted, all pending motions are terminated, and the Clerk is directed to close the file.

**DONE AND ORDERED** this <u>24th</u> day of October, 2013

                                                    *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge